FILED
07 NOV -6 PM 2:43
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  Christian De Olivas
   CalBarNo. 249608
2  De Olivas Law Firm, APLC
   200 N. Bradford Ave., Suite L
3  Placentia, CA 92870
   Telephone: (714) 646-3314
4  Facsimile:  (714) 646-3421
5
6              UNITED STATES DISTRICT COURT
7              SOUTHERN DISTRICT OF CALIFORNIA
8
9  UNITED STATES OF AMERICA,            Case No: 3:07-mj-02440-WMC
10         Plaintiff,                   SUBSTITUTION OF ATTORNEY
11     vs.
12 Benjamin GARCIA-Montoya,
13 Jorge VALENZUELA-Guzman,
14         Defendants
15
16     Benjamin GARCIA-Montoya hereby substitutes attorney CHRISTIAN DE
17 OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford
18 Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as
19 attorney of record in place and stead of attorney, Anthony R. Colombo Jr.
20
21 DATED: 11-03-07
22                                              DEFENDANT
23
24     I consent to the above substitution.
25
26 DATED: 11/5/07
27                                              PRESENT ATTORNEY
28 //

                                1
                                                    3:07-MJ-02440-WMC

1  I am duly admitted to practice in this district.
2  I accept the above substitution.
3
4  DATED: 11-2-07        ~~[signature]~~
                              NEW ATTORNEY
5
6
7  Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE
8  COURT.
9
10                              APPROVED: [signature] WMcCurineJr.
11  DATED: 11/5/07          _____
12                              UNITED STATES DISTRICT COURT
13                                      MAGISTRATE

3:07-MJ-02440-WMC