NOV 1 3 2007

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR3060-WQH |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; |
| BENJAMIN GARCIA-MONTOYA (1), JORGE VALENZUELA-GUZMAN (2), | Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| Defendants. | |

The United States Attorney charges:

On or about October 11, 2007, within the Southern District of California, defendants BENJAMIN GARCIA-MONTOYA and JORGE VALENZUELA-GUZMAN, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 11.9 kilograms (26.24 pounds), of cocaine, Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: 11/13/07 .

KAREN P. HEWITT
United States Attorney

J. Moore for
AARON B. CLARK
Assistant U.S. Attorney

ABC:psd:San Diego
10/29/07