AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 1 3 2007

UNITED STATES OF AMERICA

v.

BENJAMIN GARCIA-MONTOYA

**WAIVER OF INDICTMENT**

CASE NUMBER: ~~07 MJ 2440~~
07 CR 3060-W?11

I, BENJAMIN GARCIA-MONTOYA, the above-named defendant, who is accused of committing the following offenses:

Importation of Cocaine and Aiding and Abetting, in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2 (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 11-13-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

11-07-07

Defendant
Benjamin Garcia Montoya

Defense Counsel

Before _____
       Judicial Officer