**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. vs _Benjamin Garcia-Montoya_    No. _07CR3060-WQH_

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on _2/8/08_ and ended on _3/10/08_.

3161(h)

| | | | |
|---|---|---|---|
| ___ (1)(A) | Exam or hrg for **mental or physical incapacity** | | A |
| ___ (1)(B) | **NARA** examination (28:2902) | | B |
| ___ (1)(D) | State or Federal trials or **other charges pending** | | C |
| ___ (1)(E) | **Interlocutory appeals** | | D |
| ___ (1)(F) | **Pretrial motions** (from flg to hrg or other prompt dispo) | | E |
| ___ (1)(G) | **Transfers from other district** (per FRCrP 20, 21 & 40) | | F |
| ___ (1)(J) | **Proceedings under advisement** not to exceed thirty days | | G |
| ___ | Misc proc: Parole or prob rev, deportation, **extradition** | | H |
| ___ (1)(H) | **Transportation** from another district or to/from examination or hospitalization in ten days or less | | 6 |
| ___ (1)(I) | Consideration by Court of **proposed plea agreement** | | 7 |
| ___ (2) | **Prosecution deferred** by mutual agreement | | I |
| ___ (3)(A)(B) | **Unavailability of defendant** or **essential witness** | | M |
| ___ (4) | Period of **mental or physical incompetence** of defendant to stand trial | | N |
| ___ (5) | Period of **NARA commitment or treatment** | | O |
| ___ (6) | **Superseding indictment and/or new charges** | | P |
| ___ (7) | **Defendant awaiting trial of co-defendant** when no severance has been granted | | R |
| ___ (8)(A)(B) | **Continuances** granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance | | T |
| ☒ (8)(B)(i)(1) | Failure to **continue** would stop further proceedings or result in **miscarriage of justice** | | T1 |
| ___ (8)(B)(ii) | 2) **Case unusual or complex** | | T2 |
| ___ (8)(B)(iii) | 3) **Indictment** following arrest **cannot be filed** in thirty (30) days | | T3 |
| ___ (8)(B)(iv) | 4) **Continuance** granted in order to obtain or **substitute counsel**, or give reasonable time to prepare | | T4 |
| ___ 3161(I) | Time up to **withdrawal of guilty plea** | | U |
| ___ 3161(b) | **Grand jury indictment time extended** thirty (30) more days | | W |

Date _2/7/08_

_____
Judge's Initials