USA Vs Benjamín García Montoya; Christian De Olivas, Attorney

Translation of Affidavit of Non-Criminal History for accused

(Seal)

Government of the Free                                    Office of Public Safety
& Sovereign State of                                     State Penitentiary System
Baja California                              State Office of Sentence Execution


                                                 Document Number: 666/2007
                                        Re:

To Whom It May Concern:

        The undersigned, in my position as Legal Director of Sentence Execution
and based on Article 279 of the Code of Criminal Procedures for the State of Baja
California and in accordance with paragraph XVIII, Article 33 of the Internal
Rules of Procedure for the Office of Public Safety for this State, I hereby affirm:

        That following an examination of the archives of this office, no prior history
for criminal offenses outside of the general jurisdiction was found for Citizen
BENJAMÍN GARCÍA MONTOYA, (no photograph).

        For the legal ends that might be convenient to the interested party, this letter
is issued in the City of Mexicali, Baja California on the 3rd day of the month of
December 2007.

                                Sincerely,

Seal (illegible)                                                        Seal
(illegible)

                        (Signature illegible)
                        Ignacio Leyva Sánchez
In substitution of Attorney Felipe De Jesús Méndez Betancourt, State Director of
Sentence Execution, based on Article 33, Paragraph XVIII of the Internal Rules of
the Office of Public Safety published in the Official State Newspaper of the State
of Baja California on the 4th day of October 2002.

(Signature illegible)
Attorney FJBM/ICS/aarsh

USA Vs Benjamín García Montoya; Christian De Olivas, Attorney

Translation of Certification of Affidavit of Non-Criminal History for accused

[Seal]                                    México
Baja California

Apostil
(Hague Convention of October 5, 1961)

(This document certifies the authenticity of the Verification of Non-Criminal History for accused.

USA Vs Benjamín García Montoya; Christian De Olivas, Attorney

Translation of letter of recommendation for accused

[Seal]
ALTIMA Group
Private Security, Inc.


To Whom It May Concern:

Mexicali, Baja California
November 29, 2007

      By way of this letter I recommend in the amplest manner, Citizen Benjamín García Montoya, someone who has demonstrated to be very hard working and responsible and it is for this reason that I find no inconvenience in issuing this letter for the ends deemed most convenient by the interested party.

With nothing further for the moment I remain at your service for any clarification required.

Sincerely,


_____/s/_____
Andrés Ortiz Rosas, CPA

USA Vs Benjamín García Montoya; Christian De Olivas, Attorney

Translation of letter of recommendation from Francisco Maldonado Gómez for accused


[Seal]        Law Firm of García, Maldonado, Ortíz, Pacheco & Associates, Inc.




To Whom It May Concern:

                                             Mexicali, Baja California
                                             November 29, 2007



        By way of this letter I recommend in the amplest manner, Citizen Benjamín García Montoya, someone who has demonstrated to be very hard working and responsible and it is for this reason that I find no inconvenience in issuing this letter for the ends deemed most convenient by the interested party.

With nothing further for the moment I remain at your service for any clarification required.

Sincerely,


_____/s/_____
Atty. Francisco Maldonado Gómez

USA Vs Benjamín García Montoya; Christian De Olivas, Attorney

Translation of verification of employment from Movistar for accused


[Seal]                                    Tijuana, Baja California, November 7, 2007


PEGASO PSC, Inc.


To Whom It May Concern:

By way of this letter I affirm that Mr. Benjamín Garcia Montoya has worked for our company, Pegaso, PSC, since July 31, 2000.  The business he maintained for our company in the city of Tijuana was constant; he attended monthly employment meetings, training seminars for business development with potential clients located in this city.  Following is a list of coursed attended in the last three months with pertinent dates:

| | |
|---|---|
| Visiting important clients | July 15, 2007 |
| Principles of Sales Presentations | August 31 2007 thru September 4, 2007 |
| Progress Report Meeting | August 5, 2007 |
| Business Pyramid Development | August 27 2007 thru September 2, 2007 |
| Progress Report Meeting | September 3, 2007 |
| Team Work Skills | October 5, 2007 |
| Progress Report Meeting | October 11, 2007 |

I take this opportunity to inform you that Mr. Benjamín García Montoya has always observed impeccable conduct in his work at our company with excellent results obtained during his entire tenure.  With nothing further, I leave you

Sincerely,


_____/s/_____
Jesús Mauricio Pérez Barajas
Regional Corporate Sales Manager

USA Vs Benjamín García Montoya; Christian De Olivas, Attorney

Translation of verification of studies for accused

[Seal]
[Photo]

To Whom It May Concern:

The administration of Salvatierra Institute Secondary School, recognized officially by the College of Bachelors of Baja California

Hereby Affirms that:

García Montoya, Benjamin

Is registered as a student in this school for the school cycle that began on August 28, 1989 and ends on July 13, 1990 for his 6th semester in evening classes

During his attendance in this school he has always demonstrated good conduct.

This letter is issued on the 9th day of March, 1990, at the request of the interested party for the legal ends deemed convenient.

Sincerely,

Salvatierra Institute


_____/s/_____
Professor Jorge Ochoa Carrillo
Director

USA Vs Benjamín García Montoya; Christian De Olivas, Attorney

Translation of verification of studies for accused

[Seal]
[Photo]

To Whom It May Concern:

The administration of Salvatierra Institute Secondary School, recognized officially by the College of Bachelors of Baja California

Hereby Affirms that:

García Montoya, Benjamin

Was registered as a student in this school for the school cycles that began on February 1978 thru January 1990 always having demonstrated good conduct

This letter is issued on the 10th day of July, 1990, at the request of the interested party for the legal ends deemed convenient.

Sincerely,

Salvatierra Institute

_____/s/_____
Professor Jorge Ochoa Carrillo
Director

USA Vs Benjamín García Montoya; Christian De Olivas, Attorney

Translation of verification of studies for accused

Villafontana Hispanic-American Institute

## Verification of Studies

To Whom It May Concern:

    The undersigned, Director of Villafontana Hispanic-American Institute, with Code Number 02PES0004P, hereby affirms that Student Benjamín García Montoya completed the third year of secondary school during the school cycle of 1986 – 1987 having observed a conduct of 10/10.

    This affidavit is issued on June 30, 1987 at the request of the interested party.

[Seal]

Sincerely,

_____/s/_____
Professor Raquel Muñoz Rosas

Cc:  Student's File

USA Vs Benjamín García Montoya; Christian De Olivas, Attorney

Translation of Diploma from Villafontana Institute for accused


The Administration of

Villafontana Hispanic-American Institute

Congratulates Benjamín García Montoya

For his Participation in the Internal Oratory Contest

And Awards him this

DIPLOMA

In Mexicali, Baja California

On March 17, 1986

[Seal]                                             Director


_____/s/_____
María Cristina Esther Malagón Marín

USA Vs Benjamín García Montoya; Christian De Olivas, Attorney

Translation of verification of Course Completion for accused

[Seal] Monterrey School of Technology

June 4, 2005

It Is Hereby Affirmed:

## **Benjamín García Montoya**

Completed Module IV "Conflict and Complaints Negotiation" in the Course of studies for Development of Sales Executive Abilities for Telefónica Moviles México, Monterrey School of Technology, Mexico City Campus, with a duration of 16 hours and obtaining a grade of 10.

Sincerely,

_____/s/_____
Ana María Álvarez Salazar, MA
Academic Director
Office of Continuing Education                          [Seal]

USA Vs Benjamín García Montoya; Christian De Olivas, Attorney

Translation of verification of Course Completion for accused

[Seal] Monterrey School of Technology

June 18, 2005

It Is Hereby Affirmed:

## Benjamín García Montoya

Completed Module V "Leadership Based on Values (Seven Habits)" in the Course
of studies for Development of Sales Executive Abilities for Telefónica Moviles
México, Monterrey School of Technology, Mexico City Campus, with duration of
16 hours and obtaining a grade of 10.

Sincerely,


_____ /s/ _____
Ana María Álvarez Salazar, MA
Academic Director
Office of Continuing Education                    [Seal]

USA Vs Benjamín García Montoya; Christian De Olivas, Attorney

Translation of verification of Course Completion for accused

[Seal] Monterrey School of Technology


July 1, 2005


It Is Hereby Affirmed:


### Benjamín García Montoya

Completed Module VI "Time Management" in the Course of studies for
Development of Sales Executive Abilities for Telefónica Moviles México,
Monterrey School of Technology, Mexico City Campus, with duration of 8 hours
and obtaining a grade of 9.

Sincerely,


_____/s/_____
Ana María Álvarez Salazar, MA
Academic Director
Office of Continuing Education                    [Seal]

USA Vs Benjamín García Montoya; Christian De Olivas, Attorney

Translation of verification of Course Completion for accused

[Seal] Monterrey School of Technology

July 2, 2005

It Is Hereby Affirmed:

## Benjamín García Montoya

Completed Module VII "Business Vision" in the Course of studies for Development of Sales Executive Abilities for Telefónica Moviles México, Monterrey School of Technology, Mexico City Campus, with duration of 8 hours and obtaining a grade of 9.

Sincerely,

_____/s/_____
Ana María Álvarez Salazar, MA
Academic Director
Office of Continuing Education                    [Seal]

USA Vs Benjamín García Montoya; Christian De Olivas, Attorney

Translation of verification of Course Completion for accused

[Seal]        Monterrey School of Technology and Higher Studies
                          Mexico City Campus


                                    Certifies that


                          Benjamín García Montoya


                          Completed the Program for

                  Development of Sales Executive Abilities


                          Awarded in Mexico City
                          On July 2, 2005



Salvador E. Garza Boardman                  Dr. Rómulo Sánchez Rodríguez
      General Director                        Academic Extension Director

USA Vs Benjamín García Montoya; Christian De Olivas, Attorney

Translation of Diploma from Salvatierra Institute for accused

Salvatierra Institute

Preparatory School

Duly incorporated to the College
Of Bachelors of Baja California

Hereby Awards to

Benjamin García Montoya

The Title of Bachelor

In virtue of his satisfactorily completing the corresponding studies
To the mid-upper course of studies in accordance
To the current study plan

Mexicali, Baja California, July 12, 1990

/s/
Professor Jorge Ochóa Carrillo
Director

USA Vs Benjamín García Montoya; Christian De Olivas, Attorney

Translation of Identification Document for accused

This Identification Card is the Voter Registration Card for accused

It provides vital statistics including name, age, sex address, year registered and state and city codes.  It presents the front and back of the I.D. Card.

USA Vs Benjamín García Montoya; Christian De Olivas, Attorney

Translation of Identification Document for Accused

This I.D. Card presents the front and back of an Employee I.D. Card for accused.

It is for Telefónica Moviles, Inc. and includes the social security number, Photo, name, and employee number.

USA Vs Benjamín García Montoya; Christian De Olivas, Attorney

Translation of Affidavit of Completion of Studies for 6th Grade for accused

This document certifies that Benjamín García Montoya completed the Sixth Grade at Villafontana Hispanic-American Institute and achieved a graded of 9.0 on June 29, 1984.

Document No. E1389286        Signed by:  María Del Carmen Aceves Castellanos

USA Vs Benjamín García Montoya; Christian De Olivas, Attorney

Translation of Transcript from Villafontana Hispanic-American Institute for accused

This document lists the courses and grades obtained during the school year 1984-1985.

It shows accused completed seventh grade satisfactorily.

Dated June 28, 1985          Signed by:  María Cristina Esther Malagón Marín

USA Vs Benjamín García Montoya; Christian De Olivas, Attorney

Translation of Transcript from Villafontana Hispanic-American Institute for accused

This document lists the courses and grades obtained during the school year 1985-1986.

It shows accused completed eighth grade satisfactorily.

Dated June 30, 1986          Signed by:  María Cristina Esther Malagón Marín

USA Vs Benjamín García Montoya; Christian De Olivas, Attorney

Translation of Transcript from Villafontana Hispanic-American Institute for accused

This document lists the courses and grades obtained during his secondary school education.

It shows accused completed his secondary education satisfactorily and achieved a grade point average of 8.8.

Dated June 30, 1987                    Signed by:  Raquel Muñoz Rosas

Document No. V 0513659